UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 23  AM 11: 43

CLERK

BY _____
DEPUTY CLERK

ARNALDO GREGORIO ALAY
AGUILAR,

    Petitioner,

v.

DONALD J. TRUMP et al.,

    Respondents.

)
)
)
)
)
)
)
)
)
)
)

Case No. 2:26-cv-92

## TEMPORARY RESTRAINING ORDER
### (Doc. 2)

Petitioner Arnaldo Gregorio Alay Aguilar, a resident of North Carolina and a citizen of Ecuador, was detained by U.S. Customs and Border Protection and U.S. Immigration and Customs Enforcement on March 5, 2026, when he took a wrong turn while driving for work as a long-haul truck driver and ended up at the U.S.-Canadian Border. (Doc. 1 ¶ 3.) He is currently detained at Northwest State Correctional Facility in Vermont. (*Id.* ¶ 1.)

On March 23, Petitioner filed a habeas petition challenging his detention on the grounds that Defendants have failed to articulate a reason for his re-detention, in violation of his rights under the Fifth Amendment and in violation of the Administrative Procedures Act. (Doc. 1.) He concurrently filed an Emergency Motion for a Temporary Restraining Order. (Doc. 2.) He seeks a TRO prohibiting his transfer out of Vermont or his removal from the United States to preserve the jurisdiction of this court.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, the Court ORDERS that Respondents not remove Petitioner Arnaldo Gregorio Alay Aguilar from the District of Vermont or from the United States. This order will remain in effect for 14 days.

The court issues this TRO on an ex parte basis because the emergency motion discloses sufficient facts establishing irreparable injury if Petitioner is moved to another jurisdiction or from the United States. Specifically, if Petitioner is transferred outside this District, it may prohibit or impair his attendance at the court's habeas hearings and his effective consultation with counsel in preparation for and during those hearings. *See* Fed. R. Civ. P. 65(b); *Ozturk v. Trump*, 2025 WL 1145250, at *3–4 (D. Vt. Apr. 18, 2025) (order prohibiting transfer issued). Respondents will suffer neither irreparable harm nor undue prejudice if Petitioner is not removed from the District pending the outcome of these proceedings.

The Court will serve this order on the Government on March 23, 2026, through the established practice in the District. The court will schedule an Initial Hearing on Detention for March 25, 2026, at 10:00 a.m. The Petitioner shall attend the hearing in person.

Dated at Burlington, in the District of Vermont, this 23rd day of March, 2026.

Geoffrey W. Crawford, Judge
United States District Court

2